B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Ohio

In re **Kiebler Slippery Rock LLC**
Debtor(s)

Case No. _____
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| ABC Fire Extinguisher Co. Inc.<br>4641 Peoples Road<br>Pittsburgh, PA 15237 | ABC Fire Extinguisher Co. Inc.<br>4641 Peoples Road<br>Pittsburgh, PA 15237 | | | 4,357.09 |
| ACA Engineering, Inc.<br>40 Western Ave.<br>Pittsburgh, PA 15202 | ACA Engineering, Inc.<br>40 Western Ave.<br>Pittsburgh, PA 15202 | | | 1,506.00 |
| Allegheny Power<br>800 Cabin Hill Drive<br>Greensburg, PA 15606 | Allegheny Power<br>800 Cabin Hill Drive<br>Greensburg, PA 15606 | | | 48,645.77 |
| Apollo Property Management, LLC<br>10823 Mayfield Rd.<br>Chardon, OH 44024 | Apollo Property Management, LLC<br>10823 Mayfield Rd.<br>Chardon, OH 44024 | | | 20,537.19 |
| Armstrong<br>437 North Main St.<br>Butler, PA 16001 | Armstrong<br>437 North Main St.<br>Butler, PA 16001 | | | 9,718.59 |
| Bernstein Law Firm<br>707 Grant St.<br>Gulf Tower, Suite 2200<br>Pittsburgh, PA 15219 | Bernstein Law Firm<br>707 Grant St.<br>Gulf Tower, Suite 2200<br>Pittsburgh, PA 15219 | | | 2,872.50 |
| Campus Advantage, Inc.<br>110 Wild Basin Rd<br>Suite 365<br>Austin, TX 78746 | Campus Advantage, Inc.<br>110 Wild Basin Rd<br>Suite 365<br>Austin, TX 78746 | | Disputed | 75,000.00 |
| Delphi Security & Investigations<br>20120 RT 19<br>Suite 105-297<br>Cranberry Twp, PA 16066 | Delphi Security & Investigations<br>20120 RT 19<br>Ste 105-297<br>Cranberry Twp, PA 16066 | | | 5,446.00 |
| Eisler Landscapes, Inc.<br>1031 New Castle Rd.<br>Prospect, PA 16052-0465 | Eisler Landscapes, Inc.<br>1031 New Castle Rd.<br>Prospect, PA 16052-0465 | | | 145,028.31 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Kiebler Slippery Rock LLC**
                     Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Goehring, Rutter & Boehm<br>437 Grant St.<br>1424 Frick Building<br>Pittsburgh, PA 15219 | Goehring, Rutter & Boehm<br>437 Grant St.<br>1424 Frick Building<br>Pittsburgh, PA 15219 | | Disputed | 85,993.62 |
| HD Supply Facilities Maintenance<br>P.O. Box 509058<br>San Diego, CA 92150 | HD Supply Facilities Maintenance<br>P.O. Box 509058<br>San Diego, CA 92150 | | | 1,189.83 |
| Momentum, Inc.<br>One Union Square<br>Seattle, WA 98101 | Momentum, Inc.<br>One Union Square<br>Seattle, WA 98101 | | Disputed | 79,912.88 |
| Roetzel & Andress<br>222 South Main St.<br>Akron, OH 44308 | Roetzel & Andress<br>222 South Main St.<br>Akron, OH 44308 | | Disputed | 4,385.50 |
| Saflok<br>1950 Austin Dr.<br>Troy, MI 48083 | Saflok<br>1950 Austin Dr.<br>Troy, MI 48083 | | Disputed | 34,728.44 |
| Skoda Minotti<br>6685 Beta Drive<br>Mayfield Village, OH 44143 | Skoda Minotti<br>6685 Beta Drive<br>Mayfield Village, OH 44143 | | | 12,000.00 |
| U.S. Security Associates, Inc.<br>200 Mansell Court, 5th Floor<br>Roswell, GA 30076 | U.S. Security Associates, Inc.<br>200 Mansell Court, 5th Floor<br>Roswell, GA 30076 | | | 10,621.95 |
| University Furnishings, LP<br>13810 Welch Road<br>Dallas, TX 75244 | University Furnishings, LP<br>13810 Welch Road<br>Dallas, TX 75244 | | Disputed | 30,375.00 |
| Urban Design Associates, P.C.<br>707 Grant St.<br>Gulf Tower, 31st Floor<br>Pittsburgh, PA 15219 | Urban Design Associates, P.C.<br>707 Grant St.<br>Gulf Tower, 31st Floor<br>Pittsburgh, PA 15219 | | Disputed | 16,030.28 |
| Waste Management<br>P.O. Box 13648<br>Philadelphia, PA 19101-3648 | Waste Management<br>P.O. Box 13648<br>Philadelphia, PA 19101-3648 | | | 3,769.12 |
| Youngblood Paving, Inc.<br>2516 State Route 18<br>Wampum, PA 16157 | Youngblood Paving, Inc.<br>2516 State Route 18<br>Wampum, PA 16157 | | | 30,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Kiebler Slippery Rock LLC**            Case No. _____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **September 25, 2009**         Signature    **/s/ Paul E. Kiebler IV**
                                                                  **Paul E. Kiebler IV**
                                                                  **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2007 Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy